IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-17-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MOISES GARAY, | ) | |
| | ) | |
| Defendant. | ) | |

On October 23, 2020, the court denied defendant's motion for compassionate release [D.E. 81]. On January 11, 2021, defendant requested reconsideration [D.E. 82]. The court DENIES as meritless defendant's for reconsideration [D.E. 82]. The court fully considered the issues raised in the motion for reconsideration in its order of October 23, 2020.

SO ORDERED. This 24 day of March 2021.

JAMES C. DEVER III
United States District Judge